Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail _steven.rosales@rohlfinglaw.com

Attorneys for Plaintiff ELIZABETH SHADE

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| ELIZABETH SHADE,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>　　　　Defendant | Case No.:  21-cv-2256-JDP<br><br>STIPULATION TO EXTEND BRIEFING SCHEDULE |

TO THE HONORABLE JEREMY D. PETERSON, MAGISTRATE JUDGE OF THE DISTRICT COURT:

　　　Plaintiff Elizabeth Shade ("Plaintiff") and defendant Kilolo Kijakazi, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, pursuant to the Court's Scheduling Order, to extend the time for Plaintiff to file Plaintiff's Motion for Summary Judgment to June 22, 2022; and that Defendant shall have until August 8, 2022, to file her opposition, if any is forthcoming.  Any reply by plaintiff will be due August 22, 2022.

-1-

An extension of time is needed in order to properly address the issues within the administrative record and due to workload issues that have arisen due to a sharp increase in Counsel's caseload due to responsive filings from defendant in matters previously stayed due to Covid-19.  Counsel sincerely apologizes to the court for any inconvenience this may have had upon it or its staff.

DATE: May 18, 2022          Respectfully submitted,

                                         LAW OFFICES OF LAWRENCE D. ROHLFING

                                         BY: /s/ *Steven G. Rosales* _____
                                         Steven G. Rosales
                                         Attorney for plaintiff

DATE:  May 18, 2022          PHILLIP A. TALBERT
                                         United States Attorney


                                         */S/- Patrick Snyder
                                         _____
                                         Oscar Gonzalez de Llano
                                         Special Assistant United States Attorney
                                         Attorney for Defendant
                                         [*Via email authorization]

IT IS SO ORDERED.

Dated:   May 26, 2022

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE